# UNITED STATES DISTRICT COURT
for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Kenneth Goheen</u>  Case Number: <u>A-15-CR-110(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>August 26, 2015</u>

Original Offense: <u>Count 1 - Wire Fraud, in violation of 18 U.S.C. § 1343</u>
<u>Count 4 - Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1)</u>

Original Sentence: <u>1 day imprisonment as to Count 1 and 24 months imprisonment as to Count 4 to run consecutively for a total of 24 months and 1 day imprisonment followed by 3 years of supervised release as to Count 1 and 1 year supervised release as to Count 4 to be served concurrently; The defendant was ordered to pay restitution in the amount of $104,292.02 (current balance $93,925.00). Additional Special Conditions include financial disclosure, no new lines of credit or loans, disclosure of all assets and liabilities, a single checking account, and all monies from anticipated or unexpected gains paid toward restitution.</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>June 28, 2017</u>

Assistant U. S. Attorney: <u>Matt Harding</u>  Defense Attorney: <u>Rain Levy Minns</u>

### PREVIOUS COURT ACTION

In July 2017, the Court ordered the defendant to pay the balance of restitution at the rate of not less than $100.00 per month.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** The Court ordered the defendant to pay restitution in the amount of $104,292.02. The defendant has paid a total of $10,367.02 toward restitution for a remaining balance of $93,925.00. The defendant continuously pays significantly more than the monthly requirement of $100.00.

**Nature of Non-compliance:** The defendant will expire from the term of his supervision on June 27, 2020, without having paid the restitution in full.

**U.S. Probation Officer Action:** The defendant has satisfactorily complied with his monthly restitution payment schedule. The United States Financial Litigation Unit will continue to collect restitution from the defendant until it is paid in full. The defendant has been provided with payment instructions to follow upon expiration of his sentence.

It is respectfully recommended no action be taken regarding the defendant and he be allowed to expire from his term of supervision on June 27, 2020.

Approved:

Craig A. Handy  
Supervising U.S. Probation Officer  
Date:

Respectfully submitted,

Shelly Weirich  
U.S. Probation Officer  
Date: March 10, 2020

---

THE COURT ORDERS:

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower  
United States Magistrate Judge

Date: March 11, 2020